

**U.S. Department of Justice**

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*

*United States Courthouse*
*300 State Street*
*Suite 230*
*Springfield, Massachusetts 01150*

January 29, 2019

IN PERSON

**SUPPLEMENTAL DISCOVERY LETTER**

Linda J. Thompson, Esq.
Thompson & Thompson PC
1331 Main Street, #320
Springfield, MA 01103

   Re: United States v. Daphne Moore
      Criminal No. 18-30001-WGY

Dear Counsel:

  Please find attached Disk 23, which contains the search warrant and application in Case No. 19-MJ-4006-DHH, which relates to an iPhone device seized from defendant Daphne Moore incident to her arrest on December 21, 2018.  Please call the undersigned Assistant U.S. Attorney at (413) 785-0111 if you have any questions.

        Very truly yours,

        ANDREW E. LELLING
        United States Attorney

     By: /s/ Katharine A. Wagner_____
        KATHARINE A. WAGNER
        Assistant U.S. Attorney

Enclosure: Disk 23

cc: Jennifer Gaudet
  Clerk to the Honorable William G. Young
  (w/o enclosure(s))

## <u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.


By: */s/ Katharine A. Wagner*
Katharine A. Wagner
Assistant U.S. Attorney


Dated: January 29, 2019

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By: */s/ Katharine A. Wagner*
Katharine A. Wagner
Assistant U.S. Attorney

Dated: January 24, 2019