

          **U.S. Department of Justice**

          *Andrew E. Lelling*
          *United States Attorney*
          *District of Massachusetts*

---

*Main Reception: (413) 785-0235*      *U.S. Courthouse*
          *300 State Street*
          *Suite 230*
          *Springfield, Massachusetts 01105*

May 10, 2019

**SUPPLEMENTAL DISCOVERY LETTER**

Thomas J. O'Connor , Jr., Esq.
O'Connor Martinelli
1391 Main Street Suite 1022
Springfield, MA 01103

Linda J. Thompson, Esq.
Thompson & Thompson PC
1331 Main Street, #320
Springfield, MA 01103

BY EMAIL

      Re:    United States v. Nia Moore-Bush *et al.*
               Criminal No. 18-30001-WGY

Dear Counsel:

    Please find enclosed the *curriculum vitae* of ATF Special Agent Matheu Kelsch (KELSCH_0000001–2). As always, please call the undersigned Assistant U.S. Attorney at (413) 785-0111 if you have any questions.

                                      Very truly yours,

                                      ANDREW E. LELLING
                                      United States Attorney

             By:    */s/ Katharine A. Wagner*
                        Katharine A. Wagner
                        Assistant U.S. Attorney

Enclosure: KELSCH_0000001.pdf

cc: AUSA Amy Harman Burkart
Jennifer Gaudet
Clerk to the Honorable William G. Young, U.S. District Judge
(w/o attachments)

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By: */s/ Katharine A. Wagner*
Katharine A. Wagner
Assistant U.S. Attorney

Dated: May 10, 2019