

U.S. Department of Justice

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*    *U.S. Courthouse*
*300 State Street*
*Suite 230*
*Springfield, Massachusetts 01105*

May 15, 2019

**SUPPLEMENTAL DISCOVERY LETTER**

Linda J. Thompson, Esq.
Thompson & Thompson PC
1331 Main Street, #320
Springfield, MA 01103

    Re:    United States v. Daphne Moore
              Criminal No. 18-30001-WGY

**FEDEX**

Dear Counsel:

    This letter confirms that you have received, as discovery in this case, Disk 25 containing CONFIDENTIAL_0000001 to CONFIDENTIAL_0000172 and a flash drive containing ATF Item 101, all of which were PRODUCED PURSUANT TO THE PROTECTIVE ORDER entered by the Court on May 15, 2019.  Please call the undersigned Assistant U.S. Attorney at (413) 785-0111 if you have any questions or any difficulty accessing the files.

        Very truly yours,

        ANDREW E. LELLING
        United States Attorney

    By:    */s/ Katharine A. Wagner*
        Katharine A. Wagner
        Amy Harman Burkart
        Assistant U.S. Attorney

Enclosure: Flash drive; Disk 25

cc:    AUSA Amy Burkart; Jennifer Gaudet, Clerk to the Honorable William G. Young (w/o enclosures)

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By: */s/ Katharine A. Wagner*
Katharine A. Wagner
Assistant U.S. Attorney

Dated: May 15, 2019