Exhibit B – Exhibit I are video surveillance images provided to the Court and Defense Counsel on Discs and Marked for Trial as Ex. 195 to Ex. 202