









11/30/2017 08:24:35







