# EXHIBIT A. Sample Table Of Pole Camera Tainted Investigation Activities November and December 2017

| Report ID # | Date | Report Author and Activity Summary |
|---|---|---|
| ATF0000715-716 | 11-28-2017 | C. Bzduch. Pole camera observation leads to RMV check |
| ATF0000732-733 | 12-1-2017 | C. Bzduch. Items taken from trash D. Moore seen on pole camera putting at curb |
| ATF0000670 670-674 | 11-15-2017 | A.DiPaol. Surveillance involving pole camera leads to observation of narcotics transaction and RMV check |
| ATF00652-657 | 11-15-2017 | J.Forte. Surveillance related traffic stop of D. Dinzey. |
| ATF0000686-687 | 11-24-2017 | B.Person. Surveillance aided by pole camera observations, coordinated with information obtained via wiretap |
| ATF0000688-705 | 11-24-2017 | C.Bzduch. Surveillance aided by pole camera observations, coordinated with information obtained via wiretap, leading to CT, VT and MA RMV inquiries and arrest of Gallas on I-91 |
| ATF0000620 | 11-13-2017 | J.Forte. Surveillance of 120 Hadley Street linking vehicle movement to 892 Main Street |
| ATF0000639-644 | 11-17-2017 | A.Venteluolo. Surveillance of multiple locations in Springfield aided by pole camera surveillance identifying and following individuals and vehicles. RMV inquiry. |