UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Daphne Moore

District Court Number: 18cr30001-WGY-6

Fee:   Paid? Yes ____ No ____   Government filer  X    *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes  X  No ____        Sealed documents   Yes  X  No ____
*If yes, document #*  250,322,327,403,406,426         *If yes, document #*  207,420,421,425

*Ex parte* documents   Yes ____ No  X         Transcripts   Yes  X  No ____
*If yes, document #*  _____         *If yes, document #*  414

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent ____   Other: ____

Appeal from:

#422 Amended Memorandum and Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#416, #422, and #427

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  427  filed on  June 6, 2019 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  June 6, 2019 .

**ROBERT M. FARRELL**
Clerk of Court

 /s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**