# United States Court of Appeals
## For the First Circuit

Nos.  19-1583
      19-1626

UNITED STATES,

Appellant,

v.

DAPHNE MOORE,

Defendant, Appellee.

**JUDGMENT**

Entered: June 16, 2020

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's orders are reversed, and the matter is remanded with instruction to deny the motions to suppress.

                                      By the Court:
                                      Maria R. Hamilton, Clerk

cc:
Hon. William G. Young
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Donald Campbell Lockhart
Randall Ernest Kromm
Amy Harman Burkart
Katharine Ann Wagner
Linda J. Thompson
John M. Thompson
Alexander A. Berengaut
Trisha Beth Anderson
Matthew R Segal
Jessie J. Rossman
Nathan Wessler
Brett Max Kaufman