UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:18-cr-30001-WGY |
| ) | |
| DAPHNE MOORE, ) | |
| ) | |
| Defendant. ) | |

DISMISSAL OF DAPHNE MOORE
FROM THE SUPERSEDING INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the Acting United States Attorney for the District of Massachusetts hereby dismisses DAPHNE MOORE from the Superseding Indictment in this matter, charging her with conspiracy to distribute and possess with intent to distribute heroin, cocaine, and cocaine base, in violation of 21 U.S.C. § 846 (Count One); possession with intent to distribute heroin, cocaine, and cocaine base, in violation of 21 U.S.C. § 841 (Count Three); conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956 (Count 8); money laundering and aiding and abetting, in violation of 18 U.S.C. §§ 1956 and 2 (Counts 14-19); and false statements, in violation of 18 U.S.C. § 1001 (Count 24). In support of this dismissal, the government states the dismissal is in the interests of justice.

Respectfully submitted,

12/12/23
Date

JOSHUA S. LEVY
Acting United States Attorney

CATHERINE G. CURLEY
Assistant U.S. Attorney

Leave to File Granted:

_____
William G. Young, Judge
United States District Court